Alan Jackson
6150 N. Broad Street
P.O. Box 5102
Philadelphia, Pennsylvania 19141

## Adversary Proceeding Statement/Complaint – Navy Federal Credit Union

Bankruptcy Case No. 25-13216

<u>Plaintiff:</u> Alan Richard Jackson

<u>Defendant:</u> Navy Federal Credit Union

Date: September 15, 2025

I am writing today regarding this account. Representatives or legal counsel for Navy Federal Credit Union recently sent me information about a Reaffirmation Agreement. I want to clarify that I do not agree with this agreement, and I am fully aware that I am not obligated to sign or accept it. I received and reviewed this correspondence after picking it up from the Post Office on September 13, 2025.

Unfortunately, I have been unable to access my previous correspondence with Navy Federal Credit Union through the online message tool within their banking application or via their website. However, I do have one saved piece of correspondence from July 15, 2024. At that time, I communicated with Navy Federal about the vehicle, a Chevy Equinox, which was experiencing engine and structural issues. As a result, I decided to begin the process of returning the vehicle to the dealership. The dealership provided me with resources to help facilitate this process. In my message to Navy Federal on July 15, 2024, I explained my concerns and initially believed I could simply pay off the remaining loan balance. However, Navy Federal informed me that they would not accept the vehicle back and advised me to work with the dealership or find an alternative solution.

After receiving confirmation from Navy Federal representatives regarding my decision, I proceeded to find an alternative way to relieve myself of the vehicle. Once that process was complete, I continued making payments on the loan for several months. However, as my income declined and I struggled to balance my financial obligations and responsibilities for my children, I was no longer able to keep up with the loan payments.

In summary, Navy Federal was fully aware of my decision regarding the vehicle. I made every effort to continue payments on the loan, even though the vehicle was in poor condition and they refused to accept it back.

*Alan Richard Jackson*

Date: 9/15/2025

Classified as Confidential